UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13CR72

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **REGINALD LAMARIS BROWN** ) | |
| _____ ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court, hereby grants the Government's Motion To Dismiss, Count Two (2), Count Three (3), and Count Four (4) in the above-captioned Bill of Indictment as to Defendant, REGINALD LAMARIS BROWN, without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: August 18, 2014

Richard L. Voorhees
United States District Judge